No. 997, Misc.   KOACHES v. COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA;

No. 1283, Misc.   WATTS v. CASTLE, CIRCUIT JUDGE;

No. 1296, Misc.   WATSON v. HOOPER, JUDGE;

No. 1376, Misc.   WEBB v. COMPTON, CHIEF JUSTICE OF THE SUPREME COURT OF NEW MEXICO; and

No. 1444, Misc.   BARKER v. SUPREME COURT OF OHIO. Motions for leave to file petitions for writs of mandamus denied.

No. 937.   NEW JERSEY ET AL. v. NEW YORK, SUSQUE-HANNA & WESTERN RAILROAD Co. Appeal from the United States District Court for the District of New Jersey. Probable jurisdiction noted. *Arthur J. Sills,* Attorney General of New Jersey, and *William Gural,* Deputy Attorney General, for appellants. *Vincent P. Biunno* and *Charles H. Hoens, Jr.* for appellee.

No. 969.   BANTAM BOOKS, INC., ET AL. v. SULLIVAN ET AL. Appeal from the Superior Court of Rhode Island. Probable jurisdiction noted. *Horace S. Manges* for appellants.

No. 80.   LYNUM v. ILLINOIS. Supreme Court of Illinois. Certiorari granted. *Jewel Stradford Rogers* for petitioner. *William G. Clark,* Attorney General of Illinois, for respondent.